IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV F 08-0939 LJO GSA<br>**New Case Number CV F 08-0939 LJO DLB** |
| Plaintiff, | **ORDER TO RELATE ACTIONS AND TO ASSIGN NEW MAGISTRATE JUDGE** |
| vs. | |
| HUNTER P. NADLER, | |
| Defendant. / | |

Review of the above-captioned action reveals that it is related under this Court's Local Rule 83-123 to the action entitled *United States of America v. Richard Chavez,* Case No. CV F 08-0937 LJO DLB. The actions involve the same or similar parties, claims, events and/or questions of fact or law. Accordingly, assignment of the actions to the same district judge and magistrate judge will promote convenience, efficiency and economy for the Court and parties. An order relating cases under this Court's Local Rule 83-123 merely assigns them to the same district judge and magistrate judge, and no consolidation of cases is effected.

On the basis of good cause, this Court ORDERS that the above-captioned action is reassigned to United States Magistrate Judge Dennis L. Beck with a new **CASE NO. CV F 08-0939 LJO DLB**. All documents shall bear the new **CASE NO. CV F 08-0939 LJO DLB** and the reassignment to United States Magistrate Judge Dennis L. Beck. United States District Judge Lawrence J. O'Neill shall

1  remained assigned to this action.
2        The Court DIRECTS plaintiff to seek initial orders to show cause from Magistrate Judge Beck
3  in this action and in *United States of America v. Richard Chavez,* Case No. CV F 08-0937 LJO DLB.
4        IT IS SO ORDERED.
5  **Dated:   July 9, 2008**                    **/s/ Lawrence J. O'Neill**
                                                UNITED STATES DISTRICT JUDGE

2