McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. GAAB (SBN 166452)
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Petitioner United States of America

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Petitioner,<br><br> v.<br><br>HUNTER P. NADLER,<br><br>    Respondent. | 1:08-cv-00939-LJO-DLB<br><br>**PETITIONER'S REQUEST FOR CONTINUANCE OF ORDER TO SHOW CAUSE HEARING; ORDER**<br><br>Date: October 17, 2008<br>Time: 9:00 a.m.<br>Ctrm: 9 |

  Petitioner, the UNITED STATES OF AMERICA, hereby requests that the Court grant a continuance of the Order to Show Cause Hearing Re: Summary Enforcement of Administrative Subpoena Duces Tecum currently scheduled for Friday, September 5, 2008 to Friday, October 17, 2008, at 9:00 a.m., in Courtroom No. 9, before the Honorable Dennis L. Beck.  The additional time is needed in order to make further attempts of service upon the respondent, HUNTER P. NADLER.  A [Proposed] Order is attached.

```
                                        Respectfully submitted,

Dated: August 6, 2008.                  McGREGOR W. SCOTT
                                        United States Attorney


                                 By:    /s/ Kimberly A. Gaab
                                        KIMBERLY A. GAAB
                                        Assistant U.S. Attorney
                                        Attorneys for Petitioner
                                        United States of America
```

PETITIONER'S REQUEST FOR CONTINUANCE OF ORDER TO SHOW CAUSE; [PROPOSED]ORDER

1
2
**ORDER**

3   IT IS HEREBY ORDERED that the Order to Show Cause Hearing is
4 continued to Friday, October 17, 2008, at 9:00 a.m. in Courtroom
5 No. 9.
6
7   IT IS SO ORDERED.
8   **Dated:   August 11, 2008**              **/s/ Dennis L. Beck**
                                               UNITED STATES MAGISTRATE JUDGE