1  McGREGOR W. SCOTT
   United States Attorney
2  KIMBERLY A. GAAB (SBN 166452)
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Petitioner United States of America

7

8               **UNITED STATES DISTRICT COURT**

9               **EASTERN DISTRICT OF CALIFORNIA**

10

11 UNITED STATES OF AMERICA,    )   1:08-cv-00939-LJO-DLB
                                )
12          Petitioner,         )   **STIPULATION TO ADVANCE THE**
                                )   **HEARING DATE FOR THE ORDER TO**
13     v.                       )   **SHOW CAUSE HEARING;**
                                )   **ORDER THEREON**
14 HUNTER P. NADLER,            )
                                )   **OLD HEARING DATE:**
15          Respondent.         )
                                )   Date:   October 17, 2008
16                                  Time:   9:00 a.m.
                                    Ctrm:   9
17
                                    **NEW HEARING DATE:**
18
                                    Date:   September 4, 2008
19                                  Time:   9:00 a.m.
                                    Ctrm:   9
20

21      Petitioner United States of America and Respondent Hunter P.

22 Nadler, hereby stipulate, by and through their respective

23 counsel, to advance the hearing date for the Order to Show Cause

24 from October 17, 2008, at 9:00 a.m., to a "special motion hearing

25 date," September 4, 2008, at 9:00 a.m., in Courtroom No. 9,

26 before the Honorable Dennis L. Beck.

27      Counsel for the United States is leaving the U.S. Attorney's

28 Office and will not be available to argue this matter after

September 5, 2008.  Both counsel are available on September 4, 2008.

All other deadlines will remain the same.  The parties respectfully request that the Court advance the hearing date.

                              Respectfully submitted,

Dated: August 26, 2008.        McGREGOR W. SCOTT
                              United States Attorney

                        By:  /s/ Kimberly A. Gaab
                              Assistant U.S. Attorney

                              Attorneys for Petitioner
                              United States of America

Dated: August 26, 2008.       BRIAN C. LEIGHTON
                              Law Offices of Brian C. Leighton
                              (as authorized on 8/26/08)

                        By:  _____

                              Attorneys for Respondent
                              Hunter P. Nadler

**ORDER FOR A SPECIAL MOTION HEARING DATE**

The hearing date for the Order to Show Cause is hereby advanced to a "special motion hearing date," of September 4, 2008, at 9:00 a.m., in Courtroom 9, as requested by counsel for the parties.

IT IS SO ORDERED.

Dated: **August 27, 2008**        **/s/ Dennis L. Beck**
                                  UNITED STATES MAGISTRATE JUDGE