UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    vs.<br><br>HUNTER P. NADLER,<br><br>            Defendant.<br>_____/ | CASE NO. CV F 08-0939 LJO DLB<br><br>**ORDER AFTER SETTLEMENT OR RESOLUTION** |

Plaintiff has filed a notice indicating that the case has been resolved. Pursuant to this Court's Local Rule 16-160, this Court ORDERS the parties, **no later than December 19, 2008,** to file appropriate papers to dismiss or conclude this action in its entirety.

This Court VACATES all pending dates and matters.

Failure to comply with this order may be grounds for the imposition of sanctions on counsel or parties who contributed to violation of this order.  *See* Local Rule 16-160 and Local Rule 16-272.

IT IS SO ORDERED.

**Dated:   November 21, 2008**                    **/s/ Lawrence J. O'Neill**
                                                                    UNITED STATES DISTRICT JUDGE